JEFFREY A. CASADONT, ESQ. (SBN 17964)
PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP
530 "B" STREET, 21ST FLOOR
SAN DIEGO CA 92101
619-238-1900
Attorney for: PLAINTIFF

Ref. No. : 0262829-03
Atty. File No. : 121415-000008

UNITED STATES DISTRICT COURT, NO. DISTRICT OF CA
NORTHERN JUDICIAL DISTRICT

PLAINTIFF : UNITED STATES OF AMERICA, et al.
DEFENDANT : DICK/MORGANTI, et al.

Case No.: C 07 3096 JL

**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; SEE ATTACHED LIST FOR DOCUMENTS

3. a. Party served : THE DICK CORPORATION, a Pennsylvania corporation
   AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
   b. Person served : MARGARET WILSON, AGENT CT CORPORATION
   (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  818 WEST 7TH STREET
   LOS ANGELES, CA  90017    (Business)

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on July 2, 2007  (2) at: 12:40 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: THE DICK CORPORATION, a Pennsylvania corporation
   AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
   under [xx] CCP 416.10 (corporation)

7. **Person who served papers**
   a. QUENTIN BUTLER
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California  92101
   c. 619-233-9700
   d. Fee for service: $68.50
   e. I am:
      (3) a registered California process server
      (i) an independent contractor
      (ii) Registration No.: 152
      (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 9, 2007     Signature: QUENTIN BUTLER

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

## DOCUMENTS SERVED ON ALL PARTIES

1. Summons in a Civil Case;
2. Complaint;
3. Civil Cover Sheet;
4. Notice of Case Assignment of Case to a United States Magistrate Judge for Trial;
5. Order Setting Initial Case Management Conference and ADR Deadlines;
6. ECF Registration Information Handout; and
7. Rules of Court