JEFFREY A. CASADONT, ESQ. (SBN 17964)
PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP
530 "B" STREET, 21ST FLOOR
SAN DIEGO CA 92101
619-238-1900
Attorney for : PLAINTIFF

Ref. No.       : 0262829-04
Atty. File No. : 121415-000008

UNITED STATES DISTRICT COURT, NO. DISTRICT OF CA
NORTHERN JUDICIAL DISTRICT

PLAINTIFF    : UNITED STATES OF AMERICA, et al.
DEFENDANT    : DICK/MORGANTI, et al.

Case No.: C 07 3096 JL

**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; SEE ATTACHED LIST FOR DOCUMENTS

3. a. Party served   :   THE MORGANTI GROUP, INC., a Connecticut corporation
                         AUTHORIZED AGENT FOR SERVICE: LOUIS R. PEPE, ESQ.
   b. Person served  :   LOUIS R. PEPE, ESQ.
                         (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  185 ASYLUM STREET        PEPE & HAZARD LLP
                                        HARTFORD, CT  06103     (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on July 2, 2007   (2) at: 11:25 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    THE MORGANTI GROUP, INC., a Connecticut corporation
                       AUTHORIZED AGENT FOR SERVICE: LOUIS R. PEPE, ESQ.
   under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. MICHAEL WALTON
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $157.75
   e. I am:
      (3) a registered California process server
          (i)   an independent contractor
          (ii)  Registration No.: 152
          (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 9, 2007                    Signature:    NOTARIZED AFFIDAVIT ATTACHED
                                                    MICHAEL WALTON

Jud. Coun. form, rule 982.9                         **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF BAY AREA REINFORCING, A CALIFORNIA CORPORATION

Plaintiff(s), Petitioner(s)

against

DICK/MORGANTI, A JOINT VENTURE; THE DICK CORPORATION, A PENNSYLVANIA CORPORATION, ET AL

Defendant(s), Respondent(s)

CLIENT: Knox Attorney Service, Inc.

INDEX NO.: C 07 3096

DATE OF FILING: 6/13/2007

JUSTICE: 0262829-04

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Michael Walton being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **July 2, 2007 at 11:25 AM** at c/o Louis R. Pepe, Esq, Pepe & Hazard, 225 Asylum Street, Hartford, CT 06103, deponent served the **Summons In A Civil Action and Complaint; Civil Case Cover Sheet; Notice of Case Assignment of Case to a United States Magistrate Judge for Trial; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout and Rules of The Court** upon **The Morganti Group, Inc., a Connecticut Corporation**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action and Complaint; Civil Case Cover Sheet; Notice of Case Assignment of Case to a United States Magistrate Judge for Trial; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout and Rules of The Court** with **Louis Pepe, Esquire** a person who is known to be the **Agent for Service** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action and Complaint; Civil Case Cover Sheet; Notice of Case Assignment of Case to a United States Magistrate Judge for Trial; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout and Rules of The Court**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **White** Hair: **Black/Gray** Age(Approx): **51-65** Height(Approx): **5'9" - 6'** Weight(Approx): **161-200 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Michael Walton, Private Process Server

Sworn to before me on July 3, 2007

Notary Public
My Commission Expires: 08/31/2009

## DOCUMENTS SERVED ON ALL PARTIES

1. Summons in a Civil Case;
2. Complaint;
3. Civil Cover Sheet;
4. Notice of Case Assignment of Case to a United States Magistrate Judge for Trial;
5. Order Setting Initial Case Management Conference and ADR Deadlines;
6. ECF Registration Information Handout; and
7. Rules of Court