Jeffrey A. Casadont, Esq. (Bar No. 179640)
Andrew J. Kessler, Esq. (Bar No. 236123)
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Plaintiff, BAY AREA REINFORCING

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BAY AREA REINFORCING, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DICK/MORGANTI, a Joint Venture; THE DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation, AMERICAN CASUALTY COMPANY OF READING PENNSYLVANIA, a Pennsylvania corporation; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,<br><br>Defendants. | Case No.: C-07-3096 JL<br><br>**The Honorable James Larson, Courtroom F**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rules of Civil Procedure 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: July 25, 2007       PROCOPIO, CORY, HARGREAVES &
                                                SAVITCH LLP

                                           By: /s/ Jeffrey A. Casadont
                                                Jeffrey A. Casadont
                                                Andrew J. Kessler
                                                Attorneys for Plaintiff, BAY AREA
                                                REINFORCING

---

NOTICE OF VOLUNTARY DISMISSAL

C-07-3096 JL

USA v. Dick/Morganti, et al
Northern District Court Case No.: C-07-3096 JL

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 530 "B" Street, Suite 2100, San Diego, California 92101. On July 26, 2007, I served the within documents:

NOTICE OF VOLUNTARY DISMISSAL

☐ by transmitting via facsimile number (619) 235-0398 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission confirmation report is attached hereto.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐ by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 26, 2007, at San Diego, California.

*Heather A. Lawson*
Heather A. Lawson

-1-

Proof of Service

USA v. Dick/Morganti, et al
Northern District Court Case No.: C-07-3096 JL

## SERVICE LIST

Michael T. Ambroso
Asst. General Counsel
The Dick Corporation
P.O. Box 10896
Pittsburgh, PA 15236
Tel: (412) 384-1000
**For THE DICK CORPORATION and DICK/MORGANTI, Joint Venture**

Raymond M. Buddie, Esq.
Rick W. Grady, Esq.
PECK & ABRAMSON
250 Montgomery St., 16th Floor
San Francisco, CA 94104
Tel: (415) 837-1968
Fax: (415) 837-1320
**Attorney for Defendant THE DICK CORPORATION**

The Morganti Group
c/o Louis R. Pepe, Esq.
185 Asylum Street
Hartford, CT 06103
**Agent for Service of Process for Defendant THE MORGANTI GROUP**

American Casualty Company of Reading, Pennsylvania
c/o Margaret Wilson
CT Corporation
818 West 7th Street
Los Angeles, CA 90017
**Agent for Service of Process for Defendant AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA**

National Union Fire Insurance Company of Pittsburgh, Pennsylvania
c/o Becky DeGeorge
CSC Lawyers Incorporating
2730 Gateway Oaks Drive
Sacramento, CA 95833
**Agent for Service of Process For Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA**